**DANIELLE A. KOLKOSKI, ESQ.**
Nevada Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dakolkoski@wolfewyman.com
*Attorneys for Plaintiff*
**DITECH FINANCIAL LLC**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC<br><br>Plaintiff,<br><br>vs.<br><br>CAO LIMIN AND LIU QIUXIA; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; SAFARI HOMEOWNERS ASSOCIATION, a Nevada non-profit entity; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01545-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF DITECH FINANCIAL LLC TO FILE A RESPONSE TO SAFARI HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS DITECH FINANCIAL'S COMPLAINT FOR QUIET TITLE AND DECLARATORY JUDGMENT**<br><br>**(FIRST REQUEST)** |

The parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Plaintiff, DITECH FINANCIAL LLC ("Ditech"), by and through its attorneys, Wolfe & Wyman LLP, to respond to SAFARI HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS DITECH FINANCIAL'S COMPLAINT FOR QUIET TITLE AND DECLARATORY JUDGMENT filed on December 11, 2018 [ECF No. 15]. Ditech's response is due on December 25, 2018. The parties stipulate to extend Ditech's time to file its response from December 25, 2018 to January 11, 2019. This stipulation is to accommodate the schedules of counsel. This is the first stipulation for

///

///

///

1

3233582.1

extension to respond to papers filed regarding Safari Homeowners' Association's Motion to Dismiss. This request is not for any improper purpose or delay.

IT IS SO STIPULATED.

DATED: December 17, 2018        WOLFE & WYMAN LLP

By:  */s/ Danielle A. Kolkoski*
 DANIELLE A. KOLKOSKI, ESQ.
 Nevada Bar No. 8506
 6757 Spencer Street
 Las Vegas, NV 89119

 **Attorneys for Plaintiff**
 **DITECH FINANCIAL LLC**

DATED: December 17, 2018        **LEACH KERN GRUCHOW ANDERSON SONG**

By:  */s/ J. Tyler King*
 J. TYLER KING, ESQ.
 Nevada Bar No. 7259
 2525 Box Canyon Drive
 Las Vegas, NV 89128

 **Attorneys for Defendant**
 **SAFARI HOMEOWNERS' ASSOCITION**

## ORDER

**IT IS SO ORDERED.**

DATED: December 20, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

3233582.1

# CERTIFICATE OF MAILING

On December 17, 2018, I served the foregoing STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF DITECH FINANCIAL LLC TO FILE A RESPONSE TO SAFARI HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS DITECH FINANCIAL'S COMPLAINT FOR QUIET TITLE AND DECLARATORY JUDGMENT (FIRST REQUEST) by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

Sarah A. Morris, Esq.     sarah@morrislawcenter.com
Timothy A. Wiseman, Esq.     time@morrislawcenter.com
Attorneys for Defendants
LIMIN CAO AND QIUXIA LIU

Sean L. Anderson, Esq.     sanderson@lkglawfirm.com
J. Tyler King, Esq.     tking@lkglawfirm.com
Attorneys for Defendant
SAFARI HOMEOWNERS' ASSOCIATION

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Sarah A. Morris, Esq.
Nevada Bar No. 8461
Timothy A. Wiseman, Esq.
Nevada Bar No. 13786
5450 W. Sahara Ave. Suite 330
Las Vegas, NV 89146
Attorneys for Defendants
LIMIN CAO AND QIUXIA LIU

Sean L. Anderson, Esq.
J. Tyler King, Esq.
2525 Box Canyon Drive
Las Vegas, NV 89128
Attorneys for Defendant
SAFARI HOMEOWNERS' ASSOCIATION

                           */s/ Jamie C. Soquena*
                           Jamie C. Soquena
                           An employee of Wolfe & Wyman LLP