**DANIELLE A. KOLKOSKI, ESQ.**
Nevada Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dakolkoski@wolfewyman.com
*Attorneys for Plaintiff*
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC<br><br>Plaintiff,<br><br>vs.<br><br>CAO LIMIN AND LIU QIUXIA; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; SAFARI HOMEOWNERS ASSOCIATION, a Nevada non-profit entity; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01545-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF DITECH FINANCIAL LLC TO FILE A RESPONSE TO SAFARI HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS DITECH FINANCIAL'S COMPLAINT FOR QUIET TITLE AND DECLARATORY JUDGMENT**<br><br>**(SECOND REQUEST)** |

The parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Plaintiff, DITECH FINANCIAL LLC ("Ditech"), by and through its attorneys, Wolfe & Wyman LLP, to respond to SAFARI HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS DITECH FINANCIAL'S COMPLAINT FOR QUIET TITLE AND DECLARATORY JUDGMENT filed on December 11, 2018 [ECF No. 15]. Ditech's response is due on January 11, 2019. The parties stipulate to extend Ditech's time to file its response from January 11, 2019 to January 18, 2019. This stipulation is to accommodate the schedules of counsel and discuss potential settlement.

///

///

///

1

3250263.1

This is the second stipulation for extension to respond to papers filed regarding Safari Homeowners' Association's Motion to Dismiss. This request is not for any improper purpose or delay.

IT IS SO STIPULATED.

DATED: January 9, 2019     WOLFE & WYMAN LLP

By: */s/ Danielle A. Kolkoski*
    DANIELLE A. KOLKOSKI, ESQ.
    Nevada Bar No. 8506
    6757 Spencer Street
    Las Vegas, NV 89119

    **Attorneys for Plaintiff**
    **DITECH FINANCIAL LLC**

DATED: January 9, 2019     **LEACH KERN GRUCHOW ANDERSON SONG**

By: */s/ J. Tyler King*
    SEAN L. ANDERSON
    Nevada Bar No. 7259
    J. TYLER KING, ESQ.
    Nevada Bar No. 14895
    2525 Box Canyon Drive
    Las Vegas, NV 89128

    **Attorneys for Defendant**
    **SAFARI HOMEOWNERS' ASSOCITION**

DATED: January 9, 2019     **MORRIS LAW CENTER**

By: */s/ Sarah A. Morris*
    SARAH A. MORRIS, ESQ.
    Nevada Bar No. 8461
    5450 W. Sahara Ave., Suite 330
    Las Vegas, Nevada 89146

    **Attorneys for Defendants**
    **CAO LIMIN AND LUI QIUXIA**

2

3250263.1

**ORDER**

**IT IS SO ORDERED.**

DATED: January 10, 2019.

_James C. Mahan_
UNITED STATES DISTRICT COURT JUDGE

3250263.1