**DANIELLE A. KOLKOSKI, ESQ.**
**Nevada Bar No. 8506**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV  89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**dakolkoski@wolfewyman.com**
*Attorneys for Plaintiff*
**DITECH FINANCIAL LLC**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC | Case No.: 2:18-cv-01545-JCM-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF DITECH FINANCIAL LLC TO FILE A RESPONSE TO SAFARI HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS DITECH FINANCIAL'S COMPLAINT FOR QUIET TITLE AND DECLARATORY JUDGMENT** |
| vs. | |
| CAO LIMIN AND LIU QIUXIA; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; SAFARI HOMEOWNERS ASSOCIATION, a Nevada non-profit entity; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | **(THIRD REQUEST)** |

The parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Plaintiff, DITECH FINANCIAL LLC ("Ditech"), by and through its attorneys, Wolfe & Wyman LLP, to respond to SAFARI HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS DITECH FINANCIAL'S COMPLAINT FOR QUIET TITLE AND DECLARATORY JUDGMENT filed on December 11, 2018 [ECF No. 15].  Ditech's response is due on January 18, 2019.  The parties stipulate to extend Ditech's time to file its response from January 18, 2019 to January 28, 2019.  This stipulation is to accommodate the schedules of counsel and to continue to discuss potential settlement.

///

///

1

3256083.1

1   This is the third stipulation for extension to respond to papers filed regarding Safari

2   Homeowners' Association's Motion to Dismiss. This request is not for any improper purpose or

3   delay.

4       IT IS SO STIPULATED.

5

6   DATED: January 18, 2019                    WOLFE & WYMAN LLP

7                                              By:  */s/ Danielle A. Kolkoski*
                                                    DANIELLE A. KOLKOSKI, ESQ.
8                                                   Nevada Bar No. 8506
                                                    6757 Spencer Street
9                                                   Las Vegas, NV  89119

10                                                  **Attorneys for Plaintiff
                                                    DITECH FINANCIAL LLC**
11

12  DATED: January 18, 2019                    **LEACH KERN GRUCHOW ANDERSON SONG**

13                                             By:  */s/ J. Tyler King*
                                                    SEAN L. ANDERSON
14                                                  Nevada Bar No. 7259
                                                    J. TYLER KING, ESQ.
15                                                  Nevada Bar No. 14895
                                                    2525 Box Canyon Drive
16                                                  Las Vegas, NV  89128

17                                                  **Attorneys for Defendant
                                                    SAFARI HOMEOWNERS' ASSOCITION**
18

19  DATED:  January 18, 2019                   **MORRIS LAW CENTER**

20

21                                             By: */s/ Sarah A. Morris*
                                                    SARAH A. MORRIS, ESQ.
22                                                  Nevada Bar No. 8461
                                                    5450 W. Sahara Ave., Suite 330
23                                                  Las Vegas, Nevada 89146

24                                                  **Attorneys for Defendants
                                                    CAO LIMIN AND LUI QIUXIA**
25

26

27

28

2

3256083.1

**ORDER**

**IT IS SO ORDERED.**

DATED: January 23, 2019

_[signature]_

UNITED STATES DISTRICT COURT JUDGE

3

3256083.1