DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No. 8506
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
aabao@wolfewyman.com
*Attorneys for Plaintiff*
DITECH FINANCIAL LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC<br><br>Plaintiff,<br><br>vs.<br><br>CAO LIMIN AND LIU QIUXIA; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; SAFARI HOMEOWNERS ASSOCIATION, a Nevada non-profit entity; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01545-JCM-PAL<br><br><br>**NOTICE OF SETTLEMENT** |

Please be advised that Plaintiff Ditech Financial LLC and Defendants Limin Cao and Qiuxia Liu have reached a settlement, resolving all claims asserted herein. Upon finalizing the settlement documents, and obtaining any approvals from the Court as may be needed, the parties intend to file a

*///*

*///*

*///*

*///*

*///*

*///*

1

3272057.1

stipulation to dismiss this action with prejudice.

DATED: February 8, 2019            WOLFE & WYMAN LLP

By: */s/ Danielle A. Kolkoski*
　　DANIELLE A. KOLKOSKI, ESQ.
　　Nevada Bar No. 8506
　　6757 Spencer Street
　　Las Vegas, NV  89119

　　*Attorneys for Plaintiff, DITECH FINANCIAL LLC.*

**IT IS ORDERED** that the settling parties shall have until **April 12, 2019** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: February 11, 2019

_____
Peggy A. Leen
United States Magistrate Judge

2

3272057.1

# CERTIFICATE OF SERVICE

On February 8, 2019, I served the **NOTICE OF SETTLEMENT** by the following means to the persons as listed below:

  __X__     a. ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

| | |
|---|---|
| Sarah A. Morris, Esq. | sarah@morrislawcenter.com |
| Timothy A. Wiseman, Esq. | tim@morrislawcenter.com |
| Attorneys for Defendants | |
| Limin Cao and Qiuxia Liu | |
| | |
| Sean L. Anderson, Esq. | sanderson@lkglawfirm.com |
| J. Tyler King, Esq. | tking@lkglawfirm.com |
| Attorneys for Defendant | |
| Safari Homeowners' Association | |

  _____     b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By: */s/ Jamie C. Soquena*
Jamie C. Soquena
An employee of Wolfe & Wyman LLP