**ANDREW A. BAO, ESQ.**
**Nevada Bar No. 10508**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**aabao@wolfewyman.com**
*Attorneys for Plaintiff*
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC<br><br>Plaintiff,<br><br>vs.<br><br>CAO LIMIN AND LIU QIUXIA; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; SAFARI HOMEOWNERS ASSOCIATION, a Nevada non-profit entity; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01545-JCM-BNW<br><br><br>**NOTICE OF SETTLEMENT** |

Please be advised that Plaintiff Ditech Financial LLC and Defendants Limin Cao and Qiuxia Liu have reached a settlement that will resolve all claims remaining in this action. To allow the

///

///

///

///

///

///

1

3392070.1

parties to finalize the settlement documents, the Parties respectfully request the Court set a further deadline 60 days from today for a filing of the dismissal or for a joint status report regarding the status of settlement.

DATED: July 3, 2019  WOLFE & WYMAN LLP

By: */s/ Andrew A. Bao*
ANDREW A. BAO, ESQ.
Nevada Bar No. 10508
6757 Spencer Street
Las Vegas, NV  89119

*Attorneys for Plaintiff, DITECH FINANCIAL LLC.*

DATED: July 3, 2019  MORRIS LAW CENTER

By: */s/Sarah A. Morris*
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
5450 W. Sahara Ave., Suite 330
Las Vegas, NV  89146

Attorneys for Defendants
Limin Cao and Qiuxia Liu.

**IT IS ORDERED** that the settling parties shall have until **September 3, 2019** to either file their stipulation to dismiss with prejudice, or their joint pretrial order.

Dated: July 22, 2019

Brenda Weksler
United States Magistrate Judge

2

3392070.1

# CERTIFICATE OF SERVICE

On July 3, 2019, I served the **NOTICE OF SETTLEMENT** by the following means to the persons as listed below:

    X         a.      ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Sarah A. Morris, Esq.              sarah@morrislawcenter.com
Timothy A. Wiseman, Esq.        tim@morrislawcenter.com
Attorneys for Defendants
Limin Cao and Qiuxia Liu

Sean L. Anderson, Esq.            sanderson@lkglawfirm.com
J. Tyler King, Esq.                  tking@lkglawfirm.com
Attorneys for Defendant
Safari Homeowners' Association

             b.      United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:    */s/ Jamie C. Soquena*
         Jamie C. Soquena
         An employee of Wolfe & Wyman LLP

3

3392070.1