UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DITECH FINANCIAL, LLC, | Case No. 18-cv-01545-JCM-BNW |
| Plaintiff, | |
| v. | ORDER |
| CAO LIMIN, et al., | |
| Defendants. | |

Presently before the court is the matter of *Ditech Financial, LLC v. Cao Limin et al.*, case number 2:18-cv-01545-JCM-BNW.

In August 2019, this court granted the parties' stipulated judgment against Cao Limin and Liu Qiuxia and stipulation of dismissal of defendants Cao Limin and Liu Quixia with prejudice. (ECF No. 53). Defendant Safari Homeowners Association was also terminated on June 4, 2019. (ECF No. 44). However, defendant Nevada Association Services, Inc. has not yet been dismissed. No further activity has occurred this year. The court now gives notice to the parties that it intends to close this matter.

The remaining defendant shall be dismissed, and this case closed, on October 30, 2020, unless either party files a written objection by 5:00 p.m. on Thursday, October 29, 2020.

Accordingly,

IT IS SO ORDERED.

DATED THIS  9th day of October 2020.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE